FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 JAN 10 PM 3: 11

CLERK'S OFFICE
AT BALTIMORE

BY ______ DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**UNITED STATES OF AMERICA**

**v.**

**CRIMINAL NO. JFM-12-639**

**CURTIS DANAHUE ABRAHAMS**
**a.k.a. "BRIAN MARKFORD"**
**a.k.a. "PAUL ALLEN"**
**a.k.a. "KEVIN PENDERGRASS"**
**a.k.a. "TRAVIS ROWSER"**
**a.k.a. "ACE"**
**GARFIELD MULLINGS**
**a.k.a. "JIMMY LEE JEFFERY"**
**a.k.a. "KIRK JOHNSON"**
**a.k.a. "RODNEY RICHARDSON"**
**a.k.a. "KUMA"**
**ONEIL JEROME FOSTER**
**a.k.a. "HARVEY GARVEY"**
**a.k.a. "HENRY ORTIZ"**
**a.k.a. "SANCHEZ"**
**a.k.a. "SANDMAN"**

**And**

**MARVIN BRYAN**

**Defendants**

*********

**MOTION TO UNSEAL INDICTMENT AND ALL DOCUMENTS**

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Mushtaq Z. Gunja, Assistant United States Attorney for said District, moves this Honorable Court for an order unsealing the Indictment and all documents as to defendants, **Curtis Danahue Abrahams, Garfield Mullings, Oneil Jerome Foster, and Marvin Bryan**. Each of the above-named defendants have been arrested and are in federal custody.

One defendant in the above captioned matter has not yet been arrested, and the case should not be unsealed as to him. When that defendant is apprehended and is brought into federal custody, the Government will move to unseal the indictment and other documents as it relates to him.

**WHEREFORE**, the government requests that this Motion, the Order and all other documents filed in this action be **unsealed**; and that one (1) copy of the signed Indictment be provided by the Clerk to the United States Attorney's Office.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: ______________________
Mushtaq Gunja
Assistant United States Attorney

**ORDERED** as prayed, this _____ day of January 2013

______________________
United States Magistrate Judge
Susan K. Gauvey