SW NO._____

**STATE of CALIFORNIA, COUNTY of LOS ANGELES,**

# SEARCH WARRANT and AFFIDAVIT
## (AFFIDAVIT)

Special Agent **Juan Orrantia** swears under oath that the facts expressed by him/her in the attached and incorporated **Statement of Probable Cause** are true and that based thereon he/she has probable cause to believe and does believe that the articles, property, and persons described below are lawfully seizable pursuant to Penal Code Section 1524 and/or 1524.2, as indicated below, and are now located at the locations set forth below. Wherefore, Affiant requests that this Search Warrant be issued.

_____,
(Signature of Affiant)

HOBBS SEALING REQUESTED: ☒YES ☐NO
NIGHT SEARCH REQUESTED: ☐YES ☒NO

## (SEARCH WARRANT)

THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY SHERIFF, POLICEMAN OR PEACE OFFICER IN THE COUNTY OF LOS ANGELES: proof by affidavit, under penalty of perjury, having been made before me by **Special Agent Juan Orrantia** that there is probable cause to believe that the property or person described herein may be found at the location(s) set forth herein and that it is lawfully seizable pursuant to Penal Code Section 1524 and/or 1524.2, as indicated below by "☒"(s), in that:

☐ it was stolen or embezzled;
☒ it was used as the means of committing a felony;
☒ it is possessed by a person with the intent to use it as means of committing a public offense or is possessed by another to whom he or she may have delivered it for the purpose of concealing it or preventing its discovery;
☒ it tends to show that a felony has been committed or that a particular person has committed a felony;
☐ it tends to show that sexual exploitation of a child, in violation of Penal Code Section 311.3, or possession of matter depicting sexual conduct of a person under the age of 18 years, in violation of Section 311.11, has occurred or is occurring;
☐ there is a warrant to arrest the person;
☐ a provider of electronic communication service or remote computing service has records of evidence, as specified in Penal Code Section 1524.3, showing that property was stolen or embezzled constituting a misdemeanor, or that property or things are in possession of any person with intent to use them as a means of committing a misdemeanor public offense, or in the possession of another to whom he or she may have delivered them for the purpose of concealing them or preventing their discovery;

**You are Therefore COMMANDED to SEARCH:**  (premises, vehicles, persons)
See attached and incorporated description page(s).

**For the FOLLOWING PROPERTY or PERSON(s):**
See attached and incorporated description page(s).

AND TO SEIZE IT / THEM IF FOUND and bring it / them forthwith before me, or this court, at the courthouse of this court. This **Search Warrant** and **Affidavit** and attached and incorporated **Statement of Probable Cause** were sworn to as true and subscribed before me on this _8th_ day of _August, 2012_ at _3:00_ A.M. / P.M. Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

_____,
ALAN SCHNEIDER (Signature of Magistrate)

HOBBS SEALING APPROVED: ☒YES ☐NO
NIGHT SEARCH APPROVED: ☐YES ☒NO

Judge of the (Superior) Municipal Court, _Northwest_ Judicial District

(Magistrate's Printed Name)

i

STATE of CALIFORNIA, COUNTY OF LOS ANGELES,

ATTACHED AND INCORPORATED

# LOCATION TO BE SEARCHED

Location #1:

12251 Ventura Blvd., Studio City, CA 91604: further described as a "Wells Fargo" bank safe deposit box. The safe deposit box is located at store number 04506 and is identified as safe deposit box number 636. The safe deposit box is being billed to account number 2248902377. The account number belongs to Ava G. Williams. "Wells Fargo" will secure safety deposit box for law enforcement in order to ensure proper, timely, undisturbed and secure execution of search warrant.

STATE of CALIFORNIA, COUNTY OF LOS ANGELES,

ATTACHED AND INCORPORATED

# FOR THE FOLLOWING PROPERTY

LOCATION 1:

Safe deposit box described in this search warrant application.

LOCATION 1:

Marijuana; paraphernalia commonly associated with the possession, packaging and/or sale of marijuana, such as pipes, sifters, alligator clips, baggies, scales and other weighing devices, recordation of the purchase and/or sales of marijuana, including ledgers, notebooks, pay/owe sheets, personal phone books, and/or personal photographs which document possession, sale and/or possession for sale of marijuana.

Any items tending to establish the identity of persons who have **dominion and control** of the location, premises, automobiles, or items to be seized, including delivered mail, whether inside the

location or in the mail box/s, bills, utility bills, telephone bills, miscellaneous addressed mail, personal letters, personal identification, purchase receipts, rent receipts, sales receipts, tax statements, payroll check stubs, keys and receipts for safe deposit box(s), keys and receipts for rental storage space, keys and receipts for post office box or mail drop rentals, ignition keys, car door and trunk keys, vehicle ownership certificates or "pink slips," and/or vehicle registration slips, recordation of voice transmissions on telephone answering machines, audio tapes and telephone message receipt books, and written phone messages, and photographs tending to show occupation of the residence / business and connection between co-conspirators, whether identified, or unidentified, also **digital pagers and cellular phones** which will document telephone numbers and contact history of co-conspirators. If digital pagers are located, officers may activate the digital pagers' display mechanism and to obtain messages from the pagers. If any cellular phones are located, officers may conduct a search of all the cellular phones functions, including stored phone numbers, dialed phone numbers, received phone numbers, deleted phone numbers, call history, stored photographs and any SIM cards located in an attempt to identify co-conspirators. Officers may also search answering machines, tape recorders, and any other recording devices, and to play such devices to obtain their messages. Any examples of handwriting including letters, address books, business records, canceled checks, notes, and/or lists.

Peace officers during the execution of this search warrant may answer telephones and converse with callers at the location of this search warrant without revealing the peace officers true identity, and note and/or record any conversations and information received from the telephone calls, including caller identification information.

**All electronic data processing and storage devices, computers and computer systems**, such as central processing units, internal and peripheral storage devices such as fixed disks, internal and external hard drives, floppy disk drives and diskettes, tape drives and tapes, optical storage devices, dongles, encryption keys, personal data assistants (PDA's) or other memory storage devices; and any/all peripheral input/output devices such as keyboards, printers, video display monitors, optical readers and related communication devices such as modems, associated telephone sets, speed dialers, and/or other controlling devices, plotters, software to run programs,

connecting cables and plugs, peripherals such as joysticks, mousses, or other input devices, scanners, writing pads, manuals, connecting switches, telephones and telephone cables, and interface devices; system documentation, operating logs and documentation, software and instructional manuals. Computing or data processing software, stored on any type of medium such as: hard disks, floppy disks, CD-R's, CD-RW's, DVD's, video cassette tapes, audio cassette tapes or other permanent or transient storage medium.

**Any records**, whether stored on paper, on magnetic media such as tape, cassette, disk, diskette or on memory storage devices such as optical disks, programmable instruments such as telephones, "electronic calendar / address books" calculators, or any other storage media, together with indicia of use, ownership, possession, or control of such records.

**Any written or computer communication** in printed or stored medium such as e-Mail and Chat Logs whether in active files, deleted files or unallocated space on the hard drive, floppy drive or any data storage media.

Search of all of the above items is for files, data, images, software, operating systems, deleted files, altered files, system configurations, drive and disk configurations, date and time, and unallocated and slack space, for evidence.

**Any and all financial records** to facilitate the investigation of the laundering of illicit obtained monies and/or other forms of assets acquired through the sales, trafficking, transportation, or distribution of controlled substances, and subsequent evasion of governmental taxes, which include, but are not limited to, federal and state tax returns, employment papers, banking records and pass books, account information, canceled checks, deposit records, income and expenditures records, property acquisition records, money market accounts and /or similar accounts, records of stocks and/or bonds purchased or exchanged; credit card records; records reflecting the rental of safe deposit boxes; safe deposit box keys; records reflecting vehicles, trucks, tractors, trailers, aircraft or vessels owned, purchased, sold or leased; and negotiable instruments, and any and all items commonly traded for controlled substances consisting in part of, and including small appliances,

jewelry, precious stones and metals, auto parts and accessories, televisions, radios and cameras.

**Any firearms located.** In addition to any firearm, any spent casings, any miscellaneous gun/firearm pieces, ammunition, gun-cleaning items or kits, holsters, ammunition belts, original box packaging materials, clips, magazines, cylinders, loading devices, targets, expended pieces of lead/bullets, any photographs of firearms, or any paperwork showing the purchase, storage, disposition, and/or dominion and control over any guns, any ammunition, or any of the above items.