# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
Martin Luther King, Jr.
Federal Building and U.S. Courthouse
50 Walnut Street
P.O. Box 419
Newark, New Jersey 07101-0419



William T. Walsh, CLERK

February 27, 2013

United States District Court
Northern District of Maryland
101 West Lombard Street
Baltimore, MD 21201


RE:   United States of America v. Courtney Williams
      Our Docket No. 13-mj-8047
      Your Docket No. Unknown

Dear Clerk:

   Please be advised that an initial appearance was held in the above-captioned case pursuant to Rule 5 of the Federal Rules of Criminal Procedure. You can obtain the original record by accessing CM/ECF through PACER. If applicable, a certified copy of the Appearance Bond is enclosed. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.


                              Sincerely,


                              WILLIAM T. WALSH, Clerk


                              S/Marquis Whitney
                         By:_____
                                 Deputy Clerk




RECEIPT ACKNOWLEDGED BY:
DATE: _____


                                          DNJ-Crim-004(Rev. 09/06)

Instructions for Retrieving Electronic Case Files

1. Access the CM/ECF website for the District of New Jersey at https://ecf.njd.uscourts.gov

2. Click on:   Link to Electronic Filing System (Live)

3. At the ECF/PACER Login Screen, enter your Court's PACER Login and Password

4. On the CM/ECF toolbar, choose:

- Reports
- Docket Sheet
- Enter Case Number in the following format: [06mj1234]
- Run Report

  ▶ To view a document from the docket sheet, click on the blue "underlined" document number;

  ▶ To download, click on File, Save a Copy and save to your specific directory;

  ▶ If the document does not have an underlined document number, it is either:

   • A text only entry and no document is attached, or
   • An entry made prior to electronic case filing and the original is enclosed, or
   • The document included an attachment too large for the electronic case filing system and is enclosed.

If you have any questions, our ECF help-desk telephone numbers are as follows:

- Camden - 866-726-0726 or 856-757-5285
- Newark - 866-208-1405 or 973-645-5924
- Trenton - 866-848-6059 or 609-989-2004