**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
OFFICE OF THE CLERK

Felicia C. Cannon, Clerk                                      Reply to Northern Division Address
Jarrett B. Perlow, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

September 22, 2015

Curtis Abrahams  # 76071–308
Adams County Correctional Center
PO Box 1600
Washington, MS 39190

Re:  USA v. Curtis Danahue Abrahams
     1:12–cr–00639–JFM

Dear Curtis Abrahams:

We have received your Motion to Reduce Sentence regarding a sentence reduction under 18 U.S.C. § 3582(c)(2) based on the retroactive application of Amendment 782 to the U.S. Sentencing Guidelines. Please be advised that the Office of the Federal Public Defender for the District of Maryland has been appointed to represent any defendant who qualifies for the retroactive application of Amendment 782 and to file a motion with the court on their behalf. This means that if the Federal Public Defender for the State of Maryland determines that you qualify to seek a sentence reduction under 18 U.S.C. § 3582(c)(2) based on the retroactive application of Amendment 782 to the U.S. Sentencing Guidelines, they will secure any supporting documentation, including any necessary transcripts, needed to file a motion with the court on your behalf and you will not need to pay the costs.

There are many defendants who may be eligible for sentence reduction under Amendment 782, and each case is prioritized based on current release date.

You may contact the Federal Public Defender for the State of Maryland, at: 6411 Ivy Lane, Suite 710, Greenbelt, MD 20770–4510, 888–387–3384.

Sincerely,

_____/s/_____
Felicia C. Cannon, Clerk


By: C. Attanasio, Deputy Clerk

Northern Division º 4415 U.S. Courthouse º 101 W. Lombard Street º Baltimore, Maryland 21201 º 410–962–2600
Southern Division º 240 U.S. Courthouse º 6500 Cherrywood Lane º Greenbelt, Maryland 20770 º 301–344–0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov