# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | Criminal No. – JFM-12-0639 |
| | * | |
| CURTIS ABRAHAMS | * | |
| | ****** | |

## ORDER

Upon consideration of the memoranda filed in connection with defendant's motion for reduction of sentence, and it appearing that Amendment 782 was in effect at the time that defendant was sentenced, it is, this 26th day of February 2016

ORDERED that defendant's motion for reduction of sentence (document 134) be denied.


_____/s/_____
J. Frederick Motz
United States District Judge