**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | **Criminal No. 12-639-JFM** |
| | \* | |
| v. | | |
| | \* | |
| **CURTIS DANAHUE ABRAHAMS** | | |
|     a.k.a. "BRIAN MARKFORD" | \* | |
|     a.k.a. "PAUL ALLEN" | | |
|     a.k.a. "KEVIN PENDERGRASS" | \* | |
|     a.k.a. ""TRAVIS ROWSER" | | |
|     a.k.a. ""ACE" | \* | |
| **GARFIELD MULLINGS** | | |
|     a.k.a. "JIMMY LEE JEFFERY" | \* | |
|     a.k.a. "KIRK JOHNSON" | | |
|     a.k.a. "RODNEY RICHARDSON" | \* | |
|     a.k.a. "KUMA" | | |
| **ONEIL JEROME FOSTER** | \* | |
|     a.k.a. "HARVEY GARVEY" | | |
|     a.k.a. "HENRY ORTIZ" | \* | |
|     a.k.a. "SANCHEZ" | | |
|     a.k.a. "SANDMAN" | \* | |
| **COURTNEY WILLIAMS** | | |
|     a.k.a. "RUFUS" and | \* | |
| **MARVIN BRYAN,** | | |
| | \* | |
|     **Defendants** | | |

\*   \*   \*   \*   \*   \*
**GOVERNMENT'S MOTION TO RELEASE
<u>RESTRAINING ORDERS</u>**

The United States of America, by its counsel, moves the Court to fully release the restraining orders that the Court entered in this case on January 10, 2013 and January 18, 2013. In support of its motion the Government says the following:

1.  On December 11, 2012, a grand jury returned an indictment charging the Defendants in the above-captioned case with conspiracy to distribute marijuana in violation of 21 U.S.C. § 846, conspiracy to launder money in violation of 18 U.S.C. § 1956(h), and money

1

laundering in violation of 18 U.S.C. § 1956(a)(1)(A)(I). The Indictment included a forfeiture allegation, alleging that upon conviction, the Defendants were subject to forfeiture.

2. On January 10, 2013 and January 18, 2013, the Court issued orders that restrained the funds in a number of bank accounts.   Doc. 26, 35.

3. Since that time, all of the Defendants have pleaded guilty, and the Court has entered orders of forfeiture against each as part of their respective sentences.

4. The government has determined that none of the restrained accounts contain significant funds (none contain more than $200).

5. Accordingly, the government has elected not to forfeit any of the funds contained in the restrained accounts.   On account of this election, the government submits that it is appropriate for the Court to lift the restraint on all of the restrained accounts.

The government has enclosed a proposed order for the convenience of the Court.

    Respectfully submitted,

    Rod J. Rosenstein
    United States Attorney

By: /s/_____
    Evan T. Shea
    Assistant United States Attorney
    36 South Charles Street
    Fourth Floor
    Baltimore, Maryland 21201
    (410) 209-4800

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this Motion to Release Restraining Orders was filed using CM/ECF on April 13, 2016, served on counsel of record via that system.

/s/_____
Evan T. Shea
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, MD 21201
410-209-4800