IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Criminal No. 12-639-JFM |
| v. | * | |
| CURTIS DANAHUE ABRAHAMS<br>    a.k.a. "BRIAN MARKFORD"<br>    a.k.a. "PAUL ALLEN"<br>    a.k.a. "KEVIN PENDERGRASS"<br>    a.k.a. ""TRAVIS ROWSER"<br>    a.k.a. ""ACE"<br>GARFIELD MULLINGS<br>    a.k.a. "JIMMY LEE JEFFERY"<br>    a.k.a. "KIRK JOHNSON"<br>    a.k.a. "RODNEY RICHARDSON"<br>    a.k.a. "KUMA"<br>ONEIL JEROME FOSTER<br>    a.k.a. "HARVEY GARVEY"<br>    a.k.a. "HENRY ORTIZ"<br>    a.k.a. "SANCHEZ"<br>    a.k.a. "SANDMAN"<br>COURTNEY WILLIAMS<br>    a.k.a. "RUFUS" and<br>MARVIN BRYAN, | * | |
| **Defendants** | | |

\* \* \* \* \* \*

## ORDER

This matter having come before this Court on the motion of the United States of America for the release of two restraining orders entered pursuant to 21 U.S.C. 853(e)(1)(A) and upon good cause shown;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, PURSUANT TO 21 U.S.C. 853(e)(1)(A) that:

1. The restraining orders entered in this case on January 10, 2013, and January 18, 2013, (Docs. 26, 35), are hereby released.

2. The United States is authorized and directed to serve a copy of this Order on the persons and entities named in this Order.

So ORDERED this  15  day of  April , 2016.

J. Frederick Motz
United States District Judge

BY _____ DEPUTY
AT BALTIMORE
CLERK'S OFFICE
2016 APR 15 AM 11:38
DISTRICT OF
U.S. DISTRICT COURT
FILED